# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139442

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                             SC: 139442
                                              COA: 282611
                                              Wayne CC: 07-008223-FC

KENYATTA ABDUL AVERY,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

y1214